IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| JAMES EARL WILSON, | * |
| | * |
| Plaintiff, | * |
| vs. | *   No. 3:11CV00120 SWW |
| | * |
| ARKANSAS DEPARTMENT OF | * |
| CORRECTION, | * |
| | * |
| Defendant. | * |

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, plaintiff's complaint is hereby dismissed with prejudice.

DATED this 25th day of July, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE